UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARK GEORGEFF, | ) | Case No.: C 11-02934 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| | ) | |
| VAN RU CREDIT CORPORATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

On August 30, 2011, Plaintiff Mark Georgeff appeared for a case management conference. Based on the discussions held at the conference, the case management conference will be continued to November 1, 2011 at 2PM.

IT IS SO ORDERED.

Dated: September 8, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*