|   |   |
|---|---|
| 1 |   |
| 2 |   |
| ... |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARK GEORGEFF, | ) | Case No.: C-11-02934 PSG |
|---|---|---|
|  Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) |  |
| VAN RU CREDIT CORPORATION, | ) |  |
|  Defendant. | ) |  |

The Court has been informed that the above-captioned action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties shall file a stipulation of dismissal no later than November 18, 2011. If a stipulation of dismissal is not filed by that date, the parties shall appear on November 22, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal

ORDER, *page 1*

Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: September 22, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge